FILED

2014 JAN -7 PM 4:03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. **SA CR 14-0001** |
|---|---|
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | [18 U.S.C. § 1030(a)(6)(A): Trafficking in Passwords Affecting Interstate Commerce] |
| UMER HASEEB, aka "Omar Farooq," | [CLASS A MISDEMEANOR] |
| Defendant. | |

The United States Attorney charges:

COUNTS ONE THROUGH THREE

[18 U.S.C. § 1030(a)(6)(A)]

On or about the dates set forth below, in Orange County, within the Central District of California, and elsewhere, defendant UMER HASEEB, also known as "Omar Farooq," knowingly and with intent to defraud trafficked in the passwords through which a computer, as that term is defined in Title 18, United States Code, Section 1030(e)(1), may be accessed without authorization and such trafficking affected interstate commerce:

<u>COUNT</u>:         <u>DATE</u>:

ONE              October 27, 2008

| COUNT: | DATE: |
|---|---|
| TWO | December 12, 2008 |
| THREE | February 24, 2009 |

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber & Intellectual
   Property Crimes Section

LISA E. FELDMAN
Assistant United States Attorney
Cyber & Intellectual Property
   Crimes Section