[Reset Form]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number  SA CR **SA CR 14-0001**    Defendant Number 1 _____

U.S.A. v.  UMER HASEEB    Year of Birth  1979

☐ Indictment    ☑ Information    Investigative agency (FBI, DEA, etc.) FBI

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:

☑ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense
☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ☐ Felony

b. Date of Offense  10/27/08, 12/12/08, 2/24/09

c. County in which first offense occurred

Orange

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☐ Los Angeles    ☐ Ventura
☑ Orange    ☐ Santa Barbara
☐ Riverside    ☐ San Luis Obispo
☐ San Bernardino    ☐ Other: _____

Citation of Offense  18 U.S.C. s 1030(a)(6)(A)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☑ No    ☐ Yes

IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**Case** USv Maldonado SACR 12-76-DOC; Lopez, SACR 12-85-DOC
Jeffries, SACR 13-88(A)-DOC; and Iazetta, SA CR 13-105-DOC

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: _____
Case Number _____
Charging _____

The complaint:    ☐ is still pending
☐ was dismissed on: _____

FILED CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SANTA ANA  2014 JAN -7  PM 4:04

**PREVIOUS COUNSEL**

Was defendant previously represented?    ☐ No    ☐ Yes

IF YES, provide, Name: _____
Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*    ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

Case Number _____
The superseded case:

☐ is still pending before Judge/Magistrate Judge

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*    ☐ No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?    [ ] YES    [x] NO
IF YES, list language and/or dialect: _____

**OTHER**

- [x] Male        [ ] Female
- [ ] U.S. Citizen    [x] Alien

Alias Name(s) Omar Haseeb

This defendant is charged in:    [x] All counts
- [ ] Only counts: _____
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?    [ ] Yes    [x] No
IF YES, should matter be sealed?    [ ] Yes    [ ] No

The area of substantive law that will be involved in this case includes:

- [ ] financial institution fraud
- [ ] public corruption
- [ ] government fraud
- [ ] tax offenses
- [ ] environmental issues
- [ ] mail/wire fraud
- [ ] narcotics offenses
- [ ] immigration offenses
- [ ] violent crimes/firearms
- [ ] corporate fraud
- [x] Other: computer fraud

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?    [ ] Yes    [ ] No
d. Is a Fugitive    [ ] Yes    [ ] No
e. Is on bail or release from another district: _____
f. [x] Has not been arrested but will be notified by summons to appear.
g. Warrant requested.    [ ] Yes    [ ] No

Defendant is **in** custody:
a. Place of incarceration:    [ ] State    [ ] Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. [ ] Solely on this charge. Date and time of arrest: _____
e. On another conviction:    [ ] Yes    [ ] No
   IF YES:    [ ] State    [ ] Federal    [ ] Writ of Issue
f. Awaiting trial on other charges::    [ ] Yes    [ ] No
   IF YES:    [ ] State    [ ] Federal    AND
   Name of Court: _____
Date transferred to federal custody: _____
This person/proceeding is transferred from another district pursuant to F.R.CrP.    20    21    40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date    01/06/2014

Signature of Assistant U.S. Attorney
Wesley L. Hsu
Print Name