FILED

2014 JAN -7 PM 4:04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

1. ANDRÉ BIROTTE JR.
   United States Attorney
2. ROBERT E. DUGDALE
   Assistant United States Attorney
3. Chief, Criminal Division
   WESLEY L. HSU (Cal. Bar No. 188015)
4. Assistant United States Attorney
   Cyber and Intellectual Property Crimes Section
5.      1200 United States Courthouse
        312 North Spring Street
6.      Los Angeles, California 90012
        Telephone: (213) 894-3045
7.      Facsimile: (213) 894-8601
        E-mail:    wesley.hsu@usdoj.gov
8.
   Attorneys for Plaintiff
9. UNITED STATES OF AMERICA

10.
                    UNITED STATES DISTRICT COURT
11.
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
12.
   UNITED STATES OF AMERICA,          SA CR No. SA CR 14-0001
13.
            Plaintiff,                GOVERNMENT'S REQUEST FOR ISSUANCE
14.                                   OF SUMMONS ON INFORMATION;
        v.                            DECLARATION OF AUSA WESLEY L.
15.                                   HSU; [PROPOSED] ORDER
   UMER HASEEB,
16.
            Defendant.
17.

18.     Pursuant to Fed. R. Crim. P. 9(a), plaintiff, United States of
19. America, by and through its counsel of record, the United States
20. Attorney for the Central District of California, hereby requests
21. that a summons be issued in the above-entitled matter, based on the
22. probable cause showing in the accompanying declaration of Assistant
23. United States Attorney Wesley L. Hsu.
24. //
25. //
26. //
27. //
28. //

1 | The accompanying declaration is submitted in lieu of an
2 | affidavit, pursuant to 28 U.S.C. § 1746.

Dated: January 7, 2014          Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


          /s/
WESLEY L. HSU
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I, **SUSAN M. CRUZ**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S REQUEST FOR ISSUANCE OF SUMMONS ON INFORMATION; DECLARATION OF AUSA WESLEY L. HSU; [PROPOSED] ORDER**

**service was:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[√] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

DAVID WILLINGHAM, ESQ.
CALDWELL LESLIE & PROCTOR, PC
725 S. FIGUEROA ST., 31st FL.
LOS ANGELES, CA 90017

This Certificate is executed on **January 7, 2014**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
SUSAN M. CRUZ