*United States Pretrial Services*

United States District Court
Central District of California



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

# PASSPORT RECEIPT

Defendant's name: Haseeb, Umer

Name on passport, if different:

Passport number:

Country of origin:   Pakis

Date passport issued: August 6, 2008

Expiration date of passport: August 6, 2009

Ordered by court in the Central District of California or (district)   Central District of California

Docket Number:0973 8:12CR00001-1

Surrendered by and date (print and sign):
Jeffrey M. Chemerinsky (attorney)   Jeffrey Chemerinsky   2/5/14

Received by and date (print and sign):
Jim Warren   Ken Warren 2/5/14

Returned to and date (print and sign):

Returned by and date (print and sign):

Purpose returned:

Address (if mailed):

CAC PSA 41 12/06

[ ] HQ & Supervision Unit
U.S. Courthouse
312 North Spring Street, Room 754
Los Angeles, CA 90012-4708
213-894-4726 / FAX 213-894-0231

[ ] Investigation Unit
Edward R. Roybal Federal Building
255 East Temple Street, Room 1178
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

[ ] Santa Ana Branch
Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570

[ ] Riverside Branch
George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489