CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR, State Bar No. 148235
  *proctor@caldwell-leslie.com*
DAVID K. WILLINGHAM, State Bar No. 198874
  *willingham@caldwell-leslie.com*
JEFFREY M. CHEMERINSKY, State Bar No. 270756
  *chemerinsky@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant Umer Haseeb

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACR 14-001-DOC |
| Plaintiff, | **STIPULATION TO ALLOW TRAVEL** |
| v. | |
| UMER HASEEB, | |
| Defendant. | |

1    Plaintiff, by and through its attorney of record, the United States Attorney for
2 the Central District of California, and Defendant Umer Haseeb ("Mr. Haseeb"), by
3 and through his counsel of record, David K. Willingham of Caldwell Leslie &
4 Proctor, PC, hereby stipulate to the modification of the terms of Mr. Haseeb's pre-
5 trial release to allow for his travel within the United States.

6    WHEREAS, Mr. Haseeb has been on pre-trial release and under the
7 supervision of the Pre-Trial Services Office since his arraignment on January 27,
8 2014;

9    WHEREAS, at his arraignment, bond was ordered in the amount of a $5,000
10 Unsecured Appearance Bond;

11    WHEREAS, Mr. Haseeb is accused of three counts of violation of 18 U.S.C.
12 § 1030 (a)(6)(A), a Class A Misdemeanor;

13    WHEREAS, the Bond entered on January 27, 2014 allowed Mr. Haseeb's
14 travel between the Central District of California, Texas, Pennsylvania, and Florida;

15    WHEREAS, Mr. Haseeb's business, which involves the purchase and resale
16 of automobiles sold at auctions throughout the United States, requires that he travel
17 within the United States;

18    WHEREAS, counsel for Mr. Haseeb is informed and believes and hereby
19 represents that he has been compliant with all of the terms and conditions of pre-trial
20 release since his arraignment on January 27, 2014;

21    WHEREAS, Mr. Haseeb now proposes to modify the conditions of his release
22 to permit his travel within the United States;

23    WHEREAS, the United States does not object to Mr. Haseeb's request; and

24    WHEREAS, the parties agree that all other conditions of Mr. Haseeb's bond
25 will remain in place and effect during his travel.

26    Now, therefore, it is hereby stipulated and agreed between the United States
27 and Mr. Haseeb that Mr. Haseeb's bond be modified, as follows:

28

1  "Mr. Hasseb is permitted to travel within the United States for business
2  purposes.  Mr. Haseeb is to provide a copy of his itinerary to Pretrial Services
3  twenty-fours prior to any travel outside of the states of Texas and California."

Respectfully submitted,

DATED: February 13, 2014          ASSISTANT UNITED STATES ATTORNEY
                                  WESLEY L. HSU


                                  By   /s Wesley L. Hsu, by email authorization
                                     WESLEY L. HSU
                                  Attorneys for UNITED STATES OF AMERICA

DATED: February 13, 2014

                                  CALDWELL LESLIE & PROCTOR, PC
                                  DAVID K. WILLINGHAM


                                  By   /s David K. Willingham
                                     DAVID K. WILLINGHAM
                                  Attorneys for UMER HASEEB

CALDWELL
LESLIE &
PROCTOR

-2-